UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Ads Squared, LLC                    ,

Plaintiff(s),

v.

Yahoo Holdings, Inc. et al.                    ,

Defendant(s).

Case No. 3:26-cv-06339

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Adam Poe , an active member in good standing of the bar of Florida , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Ads Squared, LLC in the above-entitled action. My local co-counsel in this case is Sarah Marsey , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 297911 .

| | |
|---|---|
| 100 North Tampa Street, Suite 4100, Tampa, Florida 33602 | 560 Mission Street, Suite 1900, San Francisco, CA 94105 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 8132278500 | 4157436900 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| adam.poe@hklaw.com | sarah.marsey@hklaw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1039669 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 06/24/2026 _____

Adam Poe _____
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Adam Poe_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____June 26, 2026_____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
Nathanael M.

APPROVED
Judge Nathanael M. Cousins