UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Ads Squared, LLC               ,

          Plaintiff(s),

     v.

Yahoo Holdings, Inc. et. al.      ,

          Defendant(s).

Case No. 5:26-cv-06339

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jonathan Prockop, an active member in good standing of the bar of Florida, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Ads Squared, LLC in the above-entitled action. My local co-counsel in this case is Sarah Marsey, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 297911.

601 S. Harbour Island Blvd., suite 103
~~Tampa, FL 33602~~
MY ADDRESS OF RECORD

560 Missoin Street, Suite 1900, San Francisco,
~~California 94105~~
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

8133337056
MY TELEPHONE # OF RECORD

4157436900
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jamie@prockoplegal.com
MY EMAIL ADDRESS OF RECORD

sarah.marsey@hklaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0136662.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 07/13/2026

Jonathan Prockop
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jonathan Prockop is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____ July 14, 2026

UNITED STATES MAGISTRATE JUDGE
Nathanael M. Cousins

APPROVED
Judge Nathanael M. Cousins

United States District Court
Northern District of California